# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| SEAN GIBSON, | : | Case No. 1:20-cv-237 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL AS TO
## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

This civil action is before the Court on Plaintiff's unopposed Motion to Drop Party and for Order of Dismissal as to Defendant Equifax Information Services, LLC (the "Motion"). (Doc. 28). Upon careful review, the Court concludes that the Motion is well taken. *See* Fed. R. Civ. P. 21.

Accordingly:

1. The Motion (Doc. 28) is **GRANTED**;

2. All claims against Defendant Equifax Information Services, LLC are **DISMISSED with prejudice**; and

3. Plaintiff and Defendant Equifax Information Services, LLC shall bear their own costs and attorney fees.

This dismissal does not apply to the other Defendants in this matter.

**IT IS SO ORDERED.**

Date: 11/13/2020

Timothy S. Black
United States District Judge