# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SEAN GIBSON, | : | Case No. 1:20-cv-237 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | : | |
| Defendants. | : | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL (Doc. 35)**

This civil action is before the Court on the Joint Stipulation of Dismissal (the "Joint Stipulation") filed by Plaintiff Sean Gibson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"). (Doc. 35). Upon careful review, the Court concludes that the Joint Stipulation is well-taken.

Accordingly:

1. The Joint Stipulation (Doc. 35) is **GRANTED**;

2. All of Plaintiff's claims against Trans Union are **DISMISSED with prejudice**;

3. Plaintiff and Trans Union shall each bear their own costs, expenses, and attorney fees; and

4. As the Joint Stipulation resolves all claims between all remaining parties, the Clerk shall **TERMINATE** this matter on the docket of this Court.

**IT IS SO ORDERED.**

Date: 1/5/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge